**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Vincent Eugene LINEBERGER,**
**Defendant–Appellant.**

**No. 01–6849.**

United States Court of Appeals,
Fourth Circuit.

Submitted July 25, 2001.

Decided Aug. 2, 2001.

Vincent Eugene Lineberger, pro se. Brian Lee Whisler, Charlotte, NC, for appellee.

Before WILLIAMS, MICHAEL, and MOTZ, Circuit Judges.

PER CURIAM.

Vincent Eugene Lineberger appeals from the district court's order denying his motion for release on bail pending disposition of his 28 U.S.C.A. § 2255 (West Supp. 2000) motion. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the district court. *United States v. Lineberger,* Nos. CR–96–11–MU; CA–00–568–3–MU (W.D.N.C. Apr. 17, 2001). We further deny Lineberger's motions for release pending appeal, for designation of additional pleadings in the record on appeal, and for mandamus relief. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED.*